UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**RECEIVED**
JAN 4 2006
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

*ORDER TO TRANSFER UNCLAIMED
MONIES TO THE TREASURY OF THE
UNITED STATES OF AMERICA*

It appearing that the sums of money listed below having been deposited in the Registry of this Court and,

It further appearing that the right to withdraw said sums of money have been adjudicated or are not in dispute and that they have remained deposited for a period of more that three years unclaimed by the person or persons entitled thereto, therefore it is on this 4th day of JANUARY 2006,

Ordered that the following sums of money be withdrawn from the account of the United States District Court for the District of New Jersey and deposited in the Treasury of the United States, in the name and to the credit of the United States, in accordance with Title 28, Section 2042, of the United States Code.

| CASE# | CAPTION | LAST ACTIVITY | AMOUNT |
|---|---|---|---|
| 96-CV-2052 | LAYTON VS. USA | 3/11/97 | $ 1,000.00 |
| 96-CV-2107 | SEC VS. FUTURE VISIONS | 7/17/00 | 115,000.00 |
| 97-CV-1484 | PROF LEASING VS. IRVING | 3/31/97 | 1,000.00 |
| 98-CV-1809 | CONNORS VS. MCGOVERN | 2/25/00 | 300.00 |
| 98-CV-1842 | SACKMAN VS. TEANECK NUR. | 12/08/00 | 150.00 |
| 98-CV-1983 | BINSWANGER VS. MELITTA | 06/25/99 | 150.00 |
| 98-CV-2666 | BURNETT VS. USA | 07/06/99 | 150.00 |
| 98-CV-2806 | KINGVISION VS. HEART BREAKER | 06/16/00 | 150.00 |
| 98-CV-2838 | USA VS. 0.07 ACRES OF LAND | 09/03/98 | 200.00 |
| 98-CV-2892 | RAICZYK VS. OCEAN CTY VET HOSP. | 06/05/01 | 150.00 |
| 98-CV-3288 | SMART VS. MOREYS PIER INC. | 03/29/99 | 150.00 |
| 98-CV-3574 | ROUSE VS. CHAMPLAIN | 05/26/00 | 150.00 |
| 98-CV-4477 | BUCIERELLI VS. SMALLOW | 04/07/00 | 150.00 |
| 98-CV-4510 | MCLAREN VS. CYRIL | 04/03/01 | 1,358.05 |
| 98-CV-4622 | KINES VS. USA | 05/12/00 | 150.00 |
| 98-CV-4665 | TRUCKING WEL FUND VS. SANZARI | 09/09/99 | 150.00 |
| 98-CV-4949 | PATHAK VS. USA | 05/30/00 | 150.00 |
| 98-CV-5284 | CARROLL VS. REEVES | 12/13/00 | 150.00 |
| 98-CV-5434 | BENDISTIS VS. ISLAND DINER | 12/23/99 | 150.00 |
| 98-CV-5497 | NIELSEN VS. ALCO STANDARD | 01/03/01 | 150.00 |
| 98-CV-5694 | IMBIMBIO VS. CASEY | 03/13/00 | 150.00 |
| 98-CV-5846 | BURGESS VS. MEISNER | 06/21/99 | 150.00 |
| 99-CV-0010 | KAPSAS VS. MANSFIELD | 04/12/00 | 150.00 |
| 99-CV-0056 | DEMBOWSKI VS. NJTRO | 11/17/00 | 150.00 |
| 99-CV-0141 | CGS ENTER. VS. IBM CORP. | 11/16/99 | 150.00 |
| 99-CV-0374 | FERGUSON VS. GIBSON | 01/28/00 | 150.00 |

| Case Number | Case Name | Date | Amount |
|---|---|---|---|
| 99-CV-0456 | CALLEN VS. HERBERT | 12/19/00 | 150.00 |

PAGE (2)

| Case Number | Case Name | Date | Amount |
|---|---|---|---|
| 99-CV-0713 | VEGOTSKY VS. ELIOS | 11/15/00 | 150.00 |
| 99-CV-0752 | BONITA VS. AMERICAN AIRLINES | 08/23/00 | 150.00 |
| 99-CV-0766 | DIRIENZO VS DIMARTINO | 08/11/00 | 150.00 |
| 99-CV-0933 | LEON VS USPS | 02/18/00 | 150.00 |
| 99-CV-1016 | WHITE VS TRUMPS CASTLE | 06/02/00 | 150.00 |
| 99-CV-1454 | CONN. LIFE VS HYDRO-GROUP | 08/21/00 | 150.00 |
| 99-CV-1483 | BETSKY VELEZ VS DITTLLOFE | 11/06/00 | 150.00 |
| 99-CV-1582 | ZURICH VS STUART ET AL | 11/29/99 | 150.00 |
| 99-CV-1688 | ROMANIS VS. CIGNA INC. | 03/27/01 | 150.00 |
| 99-CV-1731 | WISNIEWSKI VS.M/V VANTAGE | 09/22/00 | 150.00 |
| 99-CV-1983 | WALTMAN VS. WAL-MART | 01/28/00 | 150.00 |
| 99-CV-2068 | SUMMERSON VS. WAL-MART | 01/27/00 | 150.00 |
| 99-CV-2131 | MACKENZIE VS. MARRIOTT HOTELS | 04/17/00 | 150.00 |
| 99-CV-2239 | DEBLASIO VS. USA | 10/20/00 | 150.00 |
| 99-CV-2288 | EDGAR VS. PARISI | 05/24/99 | 10,000.00 |
| 99-CV-2474 | HAVENS VS. USA | 10/19/00 | 150.00 |
| 99-CV-2478 | MCCONNELL VS. WAL-MART | 05/31/00 | 150.00 |
| 99-CV-2546 | THOMAS VS. PAOLINI | 08/06/01 | 150.00 |
| 99-CV-2549 | RADLER VS. US POSTAL SERVICE | 08/18/00 | 150.00 |
| 99-CV-2553 | TORREGROSSA VS. ROLON | 12/12/00 | 150.00 |
| 99-CV-2559 | BHUIYAN VS. PATERSON | 06/27/00 | 150.00 |
| 99-CV-2631 | SMITH VS. NJ TRANSIT | 01/18/01 | 300.00 |
| 99-CV-2648 | ROCHE VS. A.J. MEERWALD | 08/02/01 | 150.00 |
| 99-CV-2726 | GILLETTE VS. WAL-MART | 06/23/00 | 150.00 |
| ~~99-CV-2729~~ | ~~DE GROOT VS. WAL-MART~~ | ~~05/30/00~~ | ~~150.00~~ |
| 99-CV-2782 | PENN NATL. VS. RETTINGER | 07/20/00 | 300.00 |
| 99-CV-2873 | Q CAPITAL VS. MED VANTAGE | 07/12/99 | 1,000.00 |
| 99-CV-2898 | HOWARD VS. USA | 11/13/00 | 150.00 |
| 99-CV-2955 | FRAZIER VS. L&W TRUCKING | 04/27/01 | 300.00 |
| 99-CV-3003 | HALABORA VS. CONAIR CORP. | 05/03/00 | 150.00 |
| 99-CV-3028 | LENNING VS. JC PENNY CO | 09/07/00 | 150.00 |
| 99-CV-3106 | AEROSPHERE VS. CYTER | 08/17/00 | 150.00 |
| 99-CV-3325 | TROTTER VS. MARITRANS | 01/30/01 | 150.00 |
| ~~99-CV-3364~~ | ~~PITTS VS. JOHNSTON~~ | ~~07/11/00~~ | ~~150.00~~ |
| 99-CV-3389 | LANSKY VS. CRYSTAL WORLD | 03/02/01 | 150.00 |
| 99-CV-3437 | PRICE VS. NJ TRANSIT | 02/15/01 | 150.00 |
| 99-CV-3576 | GENOVEFFA VS. ALICEA ET AL | 04/02/01 | 150.00 |
| 99-CV-3611 | MEDIFIN INC. VS. GOLDMAN | 03/27/01 | 150.00 |
| 99-CV-3649 | COSCO VS. ROSS TRANSPORT | 02/27/01 | 150.00 |
| 99-CV-3749 | HAWKINS VS. SPIVEY | 02/28/01 | 150.00 |
| 99-CV-3824 | KENNY VS. REGAL CINEMAS | 11/30/00 | 150.00 |
| 99-CV-3833 | PAPARO VS. NATL. RAILROAD | 12/03/01 | 150.00 |
| 99-CV-3835 | FOXE VS. PRINCESS CRUISE LINES | 11/13/00 | 150.00 |
| 99-CV-3875 | VILLANUEVA VS. GERWIRTZMAN | 04/23/01 | 150.00 |

PAGE (3)

| Case No. | Caption | Date | Amount |
|---|---|---|---|
| 99-CV-3910 | BEHMUARAS VS. BRISTOL MYERS | 08/18/00 | 150.00 |
| 99-CV-4014 | HACKETT VS. BROMMALL | 10/23/00 | 300.00 |
| 99-CV-4016 | AULETTO VS. JESINOWSKI | 10/24/00 | 150.00 |
| 99-CV-4019 | HELBIG VS. LACITIELLO | 01/16/01 | 150.00 |
| 99-CV-4020 | CORAZON VS. ROSS STORES | 02/23/01 | 150.00 |
| 99-CV-4094 | MEANEY VS. WAL-MART | 09/25/00 | 150.00 |
| 99-CV-4146 | TURNNER VS. PALM BAY IMPORTS | 04/11/02 | 150.00 |
| 99-CV-4217 | WICKHAM VS. WAL-MART | 07/27/00 | 150.00 |
| 99-CV-4476 | VOORHEES VS. WAL-MART | 06/23/00 | 150.00 |
| 99-CV-4477 | HEILMAN VS. TCT TRANSIT | 06/26/01 | 150.00 |
| 99-CV-4510 | CALHOUN VS. HIKAIUREST | 05/15/01 | 150.00 |
| 99-CV-4514 | RAMJIAWAN VS. USA | 04/30/01 | 150.00 |
| 99-CV-4738 | MATTHES VS. CRACKER BARRELL | 08/16/00 | 150.00 |
| 99-CV-5023 | TORRES VS. UNITED PENTEK | 09/10/01 | 150.00 |
| 99-CV-5032 | USA VS. SARAVIA | 11/03/99 | 1,000.00 |
| 99-CV-5141 | YANG VS. SOSKINA ET AL | 11/20/00 | 300.00 |
| 99-CV-5186 | SIMON VS. AMER FED. FINANCIAL | 09/12/00 | 150.00 |
| 99-CV-5432 | WALDORF VS. KEYSTONE CONST. | 02/06/01 | 150.00 |
| 99-CV-5455 | KOHLMAYER VS. NATL. RR PASS. | 08/02/01 | 150.00 |
| 99-CV-5570 | BIG BLUE VS. HYDOCAT BOATS | 12/05/00 | 450.00 |
| 99-CV-5582 | MARTIN VS. WAL-MART | 01/30/01 | 150.00 |
| 99-CV-5623 | CHIO VS. COACH USA CO | 11/29/00 | 150.00 |
| 99-CV-5650 | MANN VS. TRUMP PLAZA | 10/23/00 | 150.00 |
| 99-CV-5760 | TILTON VS. WOLDOW & CO. | 12/14/00 | 150.00 |
| 99-CV-5847 | MANZI VS. NJ TRANSIT | 04/20/01 | 150.00 |
| 99-CV-5896 | PUSCHAK VS. RIZZO | 11/21/00 | 150.00 |
| 99-CV-5959 | HOOTS VS. WAL-MART | 12/26/00 | 150.00 |
| 99-CV-5960 | FORD VS. WAL-MART | 10/23/00 | 150.00 |
| 99-CV-6050 | REIMER VS. DIAMOND BEACH | 03/30/01 | 150.00 |
| 99-CV-6059 | LISOWSKI VS. WAL-MART | 01/10/01 | 150.00 |
| 99-CV-6117 | CORREA VS. STYRON | 02/13/01 | 150.00 |
| 00-CV-0009 | ENGLISH VS. MACYS LAS VEGAS | 03/26/01 | 150.00 |
| 00-CV-0024 | BELONSTON VS. POOLE ET AL | 03/19/01 | 150.00 |
| 00-CV-0060 | BROMBERG VS. HYATT HOTELS | 07/26/01 | 150.00 |
| 00-CV-0104 | GURDAK VS. USA ET AL. | 01/04/01 | 150.00 |
| 00-CV-0108 | PRINCAP MORT. VS. PM MORT. | 11/27/00 | 150.00 |
| 00-CV-0144 | VEILLET VS. TRUMP MARINA | 01/10/01 | 150.00 |
| 00-CV-0191 | BROOK VS. MITCHELL | 12/28/00 | 150.00 |
| 00-CV-0230 | KENNA VS. LEVOLOR LORENTZEN | 12/15/00 | 150.00 |
| 00-CV-0236 | RODRIGUEZ VS. CVS CORP. | 02/20/01 | 150.00 |
| 00-CV-0244 | ALTAMURO VS. WAL-MART | 12/12/00 | 150.00 |
| 00-CV-0306 | COPP VS. PORT AUTH. | 03/12/01 | 150.00 |
| 00-CV-0460 | MARTINO VS. SUPREME IND. | 08/10/01 | 150.00 |
| 00-CV-0473 | QUATTRONE VS. UPS | 01/02/01 | 150.00 |

PAGE (4)

| Case No. | Case Name | Date | Amount |
|---|---|---|---|
| 00-CV-0581 | DIAMOND VS. KAWUK ET AL | 02/22/01 | 150.00 |
| 00-CV-0681 | CRONCE VS. UNITED PENTEK | 01/31/02 | 150.00 |
| 00-CV-0686 | HIGHLANDS INS. VS. HOBBS GROUP | 04/29/02 | 150.00 |
| 00-CV-0725 | STATEWIDE VS. PROPERTY PARTN. | 07/17/01 | 300.00 |
| 00-CV-0741 | USA VS. FENG QIU LI | 04/12/01 | 7,500.00 |
| 00-CV-0786 | LOGAN VS. YASSEUR | 04/05/01 | 150.00 |
| 00-CV-0859 | LAWLESS VS. NJ TRANSIT | 03/21/02 | 150.00 |
| 00-CV-0862 | BJE CONTRACT VS. ROSENTHAL | 01/18/02 | 150.00 |
| 00-CV-0893 | ALBETT VS. WAL-MART | 12/26/00 | 150.00 |
| 00-CV-0894 | DAY ET AL VS. WAL-MART | 12/20/00 | 150.00 |
| 00-CV-0895 | MUSLEH VS. TRUMP TAJ MAHAL | 03/16/01 | 150.00 |
| 00-CV-0977 | DAY VS. NJ TRANSIT | 01/14/02 | 150.00 |
| 00-CV-0981 | WAGNER VS. GLIAFERRO | 08/30/01 | 150.00 |
| 00-CV-0991 | WELLS VS. BAJA MARINE | 12/28/00 | 150.00 |
| 00-CV-1271 | BETHEL VS. LIPINSKI INC. | 07/09/02 | 300.00 |
| 00-CV-1277 | DOUGHTON VS. CAESARS A.C. | 07/30/01 | 150.00 |
| 00-CV-1326 | LEXINGTON INS VS. LONG BRANCH | 07/02/01 | 150.00 |
| 00-CV-1347 | O'MALLEY VS. WEBSTER | 01/02/01 | 150.00 |
| 00-CV-1353 | IIEN CHY VS. CITY OF ABSECON | 03/19/01 | 150.00 |
| 00-CV-1449 | MASSE VS. SUN LIFE | 01/16/01 | 150.00 |
| 00-CV-1506 | TETE VS. WAL-MART | 12/20/00 | 150.00 |
| 00-CV-1510 | RUPP VS. GILLIAN BROTHERS | 03/27/01 | 150.00 |
| 00-CV-1683 | LOMBARD VS. EXPRESS MARKETING | 12/14/00 | 150.00 |
| 00-CV-1716 | CERASIELLO VS. BUTTERFIELD | 02/27/01 | 150.00 |
| 00-CV-1819 | FRANK VS. WEEKS MARINE INC,. | 03/27/01 | 150.00 |
| 00-CV-1827 | LI VS. SWIFT TRANS. | 10/02/01 | 150.00 |
| 00-CV-1885 | BOYD VS. ANGOVE ET AL | 05/17/01 | 300.00 |
| 00-CV-1910 | SYNDALE CORP. VS. AMOCO OIL | 04/06/01 | 150.00 |
| 00-CV-1917 | GRISOLA VS. FLORES | 07/19/02 | 150.00 |
| 00-CV-1958 | BASIMAH MATIN VS. WAL-MART | 06/04/01 | 150.00 |
| 00-CV-1975 | SECOR VS. DOREL JUVENILE | 02/21/02 | 150.00 |
| 00-CV-1984 | ZODA VS. NJ TRANSIT RAIL | 06/25/01 | 150.00 |
| 00-CV-2015 | LEE VS. SCHMITT | 03/28/01 | 150.00 |
| 00-CV-2016 | HAYMAN VS. WAL-MART | 12/15/00 | 150.00 |
| 00-CV-2042 | BURKE VS. LUCCAS FREEZER | 05/25/01 | 150.00 |
| 00-CV-2080 | FRENEY VS. ALLEN | 02/13/01 | 150.00 |
| 00-CV-2148 | BERRIOS VS. MARINA ASSOC. | 04/12/01 | 150.00 |
| 00-CV-2241 | GOMERA VS. CITY OF CAMDEN | 07/05/01 | 150.00 |
| 00-CV-2274 | KILGORE VS. INTERSTATE | 12/20/01 | 150.00 |
| 00-CV-2280 | TAGIANETTI VS. MAKEL AMERICAN | 04/25/01 | 150.00 |
| 00-CV-2328 | DAVIS-GIO VS. THE HENDERSON | 10/05/01 | 150.00 |
| 00-CV-2346 | LEVIN VS. CONSOLIDATED RAIL | 10/29/01 | 150.00 |
| 00-CV-2380 | MCCARTHY VS. BELL ATLANTIC | 04/11/01 | 150.00 |
| 00-CV-2383 | PHILLIPS VS. RAMIREZ | 10/10/01 | 150.00 |

PAGE (5)

| Case No. | Caption | Date | Amount |
|---|---|---|---|
| 00-CV-2392 | LUNDBERG VS. NJ TRANSIT | 10/02/01 | 150.00 |
| 00-CV-2451 | KLENK VS. BYRON | 05/17/01 | 150.00 |
| 00-CV-2501 | MITAS VS. HJ HEINZ CO | 01/02/01 | 150.00 |
| 00-CV-2507 | BEEBE VS. DAIMLER CHRYSLER | 03/25/02 | 150.00 |
| 00-CV-2520 | PISKO VS. JC PENNY | 04/02/01 | 150.00 |
| 00-CV-2524 | CALLAHAN VS. DYNASTY SALON | 01/17/02 | 150.00 |
| 00-CV-2540 | LAMMON VS. KOSS | 06/19/01 | 150.00 |
| 00-CV-2572 | GONZALEZ VS. MOORE | 03/29/01 | 150.00 |
| 00-CV-2625 | STOLIKER VS. ZANZUCCHI | 05/31/00 | 100.00 |
| 00-CV-2628 | HORVATH VS. CONTINENTAL CAS. | 05/01/01 | 150.00 |
| 00-CV-2680 | MAROUSIS VS. WAL-MART | 03/07/01 | 150.00 |
| 00-CV-2692 | ALVINE VS. STARBUCKS CORP. | 08/28/01 | 150.00 |
| 00-CV-2789 | MAGEE VS. WORKMAN | 11/30/01 | 150.00 |
| 00-CV-2900 | FOX VS. LEIB | 11/30/01 | 150.00 |
| 00-CV-2901 | CARTWRIGHT VS. INFANTE | 07/16/01 | 150.00 |
| 00-CV-2971 | O'SULLIVAN VS. NJ RE-INS CO. | 04/10/01 | 150.00 |
| 00-CV-2986 | TRAVELERS VS. CHESTNUT GROUP | 02/15/02 | 300.00 |
| 00-CV-2996 | JAMES VS. NATL. R.R. | 06/27/01 | 150.00 |
| 00-CV-3197 | OLDE CORP. VS. CHERNEY | 07/05/00 | 10,000.00 |
| 00-CV-3206 | BIRCHLER VS. CASALE | 10/18/01 | 150.00 |
| ~~00-CV-3218~~ | ~~REDDICK VS. WAL-MART~~ | ~~08/10/01~~ | ~~150.00~~ W6 |
| 00-CV-3257 | HATCHER VS. WAL-MART | 05/22/01 | 150.00 |
| 00-CV-3262 | RORVIK VS. MELKOWITS | 08/01/01 | 150.00 |
| 00-CV-3295 | ENGELS VS. GREAT GORGE | 12/20/01 | 150.00 |
| 00-CV-3312 | TRENTON WARE. VS. OCEAN SPRAY | 09/19/01 | 150.00 |
| 00-CV-3460 | LINDSAY VS. KRISHNON | 07/06/01 | 150.00 |
| 00-CV-3470 | GLENCOE VS. MCGRAW HILL | 12/13/01 | 150.00 |
| 00-CV-3474 | CARAZZAI VS. GLOBE ET AL | 08/30/01 | 150.00 |
| 00-CV-3488 | LAKOTA VS. FISHER | 06/15/01 | 150.00 |
| 00-CV-3515 | FRANK VS. CONTINENTAL AIR | 03/14/01 | 150.00 |
| 00-CV-3552 | ARONESTY VS. BIG BOULDER | 10/19/01 | 150.00 |
| 00-CV-3643 | HAMEL VS. SPOSA | 05/08/02 | 150.00 |
| 00-CV-3653 | BD. OF TRUSTEES VS. PAR-ROS | 01/03/02 | 150.00 |
| 00-CV-3671 | JOURNEY VS. CROWN EQUIP. | 09/16/02 | 150.00 |
| 00-CV-3718 | HAIRSTON VS. LUCENT TECH. | 01/15/02 | 150.00 |
| 00-CV-3751 | PEARD VS. ROGERS | 05/22/01 | 150.00 |
| 00-CV-3763 | CLASS VS. WAL-MART | 06/19/01 | 150.00 |
| 00-CV-3865 | RAWLS VS. AMERICAN AIR | 11/29/01 | 150.00 |
| 00-CV-3903 | YUREK VS. COLMAN | 03/13/02 | 150.00 |
| 00-CV-3944 | OMBONI VS. FAMILY KINGDOM | 04/24/01 | 150.00 |
| 00-CV-3986 | CARTER VS. PORT AUTHORITY | 09/28/01 | 150.00 |
| 00-CV-4012 | JAPAN VS. COMPOLATTORA | 07/12/01 | 150.00 |
| 00-CV-4049 | WARD VS. PAVILLION PARTNERS | 01/07/02 | 150.00 |
| 00-CV-4082 | ZAMORA VS. FMC CORP. | 08/31/01 | 150.00 |

PAGE(6)

| | | | |
|---|---|---|---|
| 00-CV-4112 | CONEY VS. CONTINENTAL AIR | 05/16/02 | 150.00 |
| 00-CV-4138 | LACESA VS. A. SERVIDONE INC. | 11/18/02 | 300.00 |
| 00-CV-4146 | GOV. CIGARS VS. YELLOW FRT. | 09/24/01 | 150.00 |
| 00-CV-4196 | CHARLES VS. COACH USA INC. | 03/14/02 | 150.00 |
| 00-CV-4226 | ALVAREZ VS. TKM | 08/13/01 | 150.00 |
| 00-CV-4320 | JONES VS. GRANT ET AL | 06/24/02 | 150.00 |
| 00-CV-4344 | TRAVERERS VS ADT | 06/25/02 | 150.00 |
| 00-CV-4358 | SHEELEY V S. GALAXY PRODUCTS | 12/06/00 | 10.00 |
| 00-CV-4464 | RACHMAN VS. LASKY | 11/30/01 | 150.00 |
| 00-CV-4633 | KROUGH VS. WAL-MART | 08/15/01 | 150.00 |
| ~~00-CV-4636~~ | ~~BLANKENSHIP VS. WAL-MART~~ | ~~07/18/01~~ | ~~150.00~~ no 36 |
| 00-CV-4659 | HAYES VS. GREYHOUND LINES | 04/26/02 | 150.00 |
| 00-CV-4670 | WALSH VS. MILLER | 05/06/02 | 150.00 |
| 00-CV-4699 | HAGAN VS. HARTFORD INS. | 08/09/01 | 150.00 |
| 00-CV-4766 | KONRAD VS. WAL-MART | 08/31/01 | 150.00 |
| 00-CV-4768 | GRGAN VS. ROBERSON & BULLOCK | 06/22/01 | 150.00 |
| 00-CV-4769 | BLUM VS. TESTERMAN | 01/24/02 | 150.00 |
| 00-CV-4856 | DABKOWSKI VS. HOME DEPOT | 03/18/02 | 150.00 |
| 00-CV-5027 | ONDROF VS. MORRIS TWP. | 01/07/02 | 150.00 |
| 00-CV-5048 | SAMURAI SPORT VS. VMARKEL | 08/23/02 | 150.00 |
| 00-CV-5057 | GILLISPIE VS. F/V MELISSA | 12/03/01 | 150.00 |
| 00-CV-5124 | SALADIS VS. THAL | 11/16/01 | 150.00 |
| 00-CV-5141 | BLASSCYK VS. WAL-MART | 09/05/01 | 150.00 |
| 00-CV-5155 | STANCIL VS. SADRI | 06/21/02 | 150.00 |
| 00-CV-5186 | SHERROD VS. AMTRAK ET AL | 07/23/01 | 150.00 |
| 00-CV-5334 | SEBLANO VS. AUTOMATED CON. | 12/28/01 | 150.00 |
| 00-CV-5378 | LLOYD VS. REEFCO | 12/14/01 | 150.00 |
| 00-CV-5537 | SAUTTER CRANE VS. GE. ACC | 03/05/02 | 150.00 |
| 00-CV-5641 | EBENHOECH VS. KOPPERSS | 06/14/02 | 150.00 |
| 00-CV-5751 | USA VS. 2.44 ACRES OF LAND | 03/22/02 | 5,600.00 |
| 00-CV-5752 | HAGHIBZADLH VS.CONTINENTAL | 07/16/02 | 150.00 |
| 00-CV-5760 | HARRISON VS. SPADE | 11/29/01 | 150.00 |
| 00-CV-5772 | DIANA VS. GRUESER | 11/16/01 | 150.00 |
| 00-CV-6047 | MOYE VS. DELTA AIRLINES | 11/13/01 | 150.00 |
| 00-CV-6156 | NATL. UTIL SERV. VS. ZANTOP | 11/04/02 | 150.00 |
| 00-CV-6174 | GOLDMAN VS. HOLZMAN | 10/15/01 | 150.00 |
| 01-CV-0062 | DEAN VS. REYNOLDS | 05/03/02 | 150.00 |
| 01-CV-0098 | RAINONE VS. IJO | 01/15/02 | 150.00 |
| 01-CV-0197 | LOPEN VS. AMERICAN AIR | 09/19/01 | 150.00 |
| 01-CV-0300 | KOROPCHAK VS. MONOCO | 01/16/02 | 150.00 |
| 01-CV-0322 | GALIOTO VS. VIVIAN GUNTHER | 04/05/02 | 150.00 |
| 01-CV-0334 | STATE FARM VS GPU ENERGY | 04/01/02 | 300.00 |
| 01-CV-0350 | CYTODYNE V.S. BIOGENETIC | 01/31/01 | 50,000.00 |
| 01-CV-0424 | ROSENBURG VS. WAGS | 04/26/02 | 150.00 |

PAGE(7)

| | | | |
|---|---|---|---:|
| 01-CV-0457 | HARRISON VS. COURTYARD | 07/01/02 | 150.00 |
| 01-CV-0468 | CABLEVISION VS. ROONEY | 12/26/01 | 150.00 |
| 01-CV-0485 | WETTON VS. ANDREOLA | 05/08/02 | 150.00 |
| 01-CV-0542 | WEST VS. JC PENNY | 11/29/01 | 150.00 |
| 01-CV-0568 | CONRAD VS. ECHERD DRUGS | 02/21/02 | 150.00 |
| 01-CV-0714 | SOFIA VS. CDK TRAWLERS | 12/19/01 | 150.00 |
| 01-CV-0743 | ZIENOWICZ VS. METROPOLITAN | 08/31/01 | 150.00 |
| 01-CV-0809 | KIORIO VS. MAJESTIC LANES | 06/27/02 | 300.00 |
| 01-CV-0854 | ZAYAS VS DELAWARE RIVER | 08/30/02 | 150.00 |
| 01-CV-1030 | VANETTEN VS. KELLER | 06/24/02 | 150.00 |
| 01-CV-1097 | TINNENY VS. COPART AUTO | 12/20/01 | 300.00 |
| 01-CV-1199 | GREIM VS. AIT WORLDWIDE | 08/16/02 | 150.00 |
| 01-CV-1285 | VOLL VS. LEE ET AL | 04/15/02 | 150.00 |
| 01-CV-1341 | KOZACK VS. RUSSERTS DELI | 08/16/02 | 150.00 |
| 01-CV-1374 | GAREAU VS. MITSUBISHI | 04/19/02 | 150.00 |
| 01-CV-1388 | LANCIANO VS. WILDWOOD | 03/05/02 | 150.00 |
| 01-CV-1393 | COOSEMANS VS. KMI FOODS | 03/27/01 | 500.00 |
| 01-CV-1440 | SALINAS VS. THORPE | 03/25/02 | 150.00 |
| 01-CV-1553 | LEVISON VS. MATTISON HOUSE | 02/15/02 | 150.00 |
| 01-CV-1602 | MORGAN VS. WAL-MART | 08/13/02 | 150.00 |
| 01-CV-1669 | CAROLINA CABALO VS. LIMITED | 04/22/02 | 150.00 |
| 01-CV-1707 | DILISIO VS. VELTRI | 08/29/01 | 2,000.00 |
| 01-CV-1748 | FIELD CO. VS. ASTOR CHOC. | 07/15/02 | 150.00 |
| 01-CV-2166 | LENET VS. GILAMCO INC. | 08/26/02 | 150.00 |
| 01-CV-2174 | DEBAKER VS. WAL-MART | 03/12/02 | 150.00 |
| 01-CV-2212 | LEACH VS. WRIGHT ET AL | 04/10/02 | 150.00 |
| 01-CV-2265 | COLE VS. HAHN | 01/16/02 | 150.00 |
| 01-CV-2294 | ROSBURY CONDO VS. CUPO | 12/21/01 | 13,135.00 |
| 01-CV-2302 | ZOLIN VS. TEZUKA | 11/27/02 | 150.00 |
| 01-CV-2325 | MORGAN STANLEY VS. WREN | 05/18/01 | 10,000.00 |
| 01-CV-2403 | UHRIG VS. AMERICAN AIR | 05/20/02 | 150.00 |
| 01-CV-2470 | DSR VS. NATIONWIDE | 06/20/02 | 150.00 |
| 01-CV-2510 | SHIN VS. RICHWINE | 04/10/02 | 150.00 |
| 01-CV-2590 | MARINO VS. HEVERNER | 06/13/02 | 150.00 |
| 01-CV-2647 | TSARSARONIS VS. SAM'S | 07/10/02 | 150.00 |
| 01-CV-2712 | WYATT VS. SPECIAL ADV. | 07/23/02 | 150.00 |
| 01-CV-2728 | SCHALL VS WAL-MART | 04/03/02 | 150.00 |
| 01-CV-2782 | SONA VS. WAL-MART | 03/14/02 | 150.00 |
| 01-CV-2911 | FEINBERG VS. HUDSON LANDING | 08/22/02 | 150.00 |
| 01-CV-2920 | HABIB VS. TRUMP | 04/24/02 | 150.00 |
| 01-CV-3127 | WEAVER VS. HOME DEPOT | 12/09/02 | 150.00 |
| 01-CV-3173 | MORTON VS. ECKERD DRUG | 07/22/02 | 150.00 |
| 01-CV-3348 | ISRAEL VS CIRILLO | 06/20/02 | 150.00 |
| 01-CV-3478 | GAMBURG VS. TORRISSI | 08/21/02 | 150.00 |

PAGE (8)

| Case No. | Caption | Date | Amount |
|---|---|---|---|
| 01-CV-3511 | PEEL VS. WAL-MART | 05/02/02 | 150.00 |
| 01-CV-3570 | CRUPI VS. AMTRAK RR | 05/14/02 | 150.00 |
| 01-CV-3722 | KORINOS VILL. VS. ROTHSCHILD | 06/27/02 | 150.00 |
| 01-CV-4058 | WOOLFOLK VS. JC PENNYS | 05/24/02 | 150.00 |
| 01-CV-4259 | D'EGIDIO VS WAL-MART | 05/17/02 | 150.00 |
| 01-CV-4331 | KRESS VS WAL-MART | 06/03/02 | 150.00 |
| 01-CV-4622 | STORER VS HAAS | 04/19/02 | 10.00 |
| 01-CV-4864 | MILLER VS. CABRAL | 08/15/02 | 150.00 |
| 01-CV-4941 | WIIITTER VS REPICI & CLARK | 10/25/01 | 10,000.00 |
| 01-CV-5019 | COLE VS WAL-MART | 09/06/02 | 150.00 |
| 01-CV-5301 | WDZIECZKOWSKI VS LORDEN | 10/03/02 | 150.00 |
| 01-CV-5358 | MORTON VS JC PENNY | 09/19/02 | 150.00 |

GARRETT E. BROWN JR.
CHIEF JUDGE